# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN MARIE WILSON,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3294** |
| | : | |
| **GEORGE LITTLE,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 5th day of September, 2023, because Plaintiff Karen Marie Wilson failed to file a certified copy of her prisoner account statement for the six-month period prior to the filing of this civil action on August 21, 2023, as required by 28 U.S.C. § 1915(a)(2), it is **ORDERED** that:

    1.    Wilson's Motion to Proceed *In Forma Pauperis* (ECF No. 1) cannot be adjudicated at this time.

    2.    If Wilson seeks to proceed *in forma pauperis*, she shall, within thirty (30) days of the date of this Order, file a certified copy of her prisoner account statement showing all deposits, withdrawals, and a current balance, from any correctional facility in which she was confined during the time period from February 21, 2023 through August 21, 2023. Alternatively, she can proceed by submitting $402 (comprising the $350 filing fee and $52 administrative fee) to the Clerk of Court within thirty (30) days of the date of this Order.

    3.    If Wilson is ultimately granted leave to proceed *in forma pauperis*, she will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed. Wilson will not be entitled to the return of any payments made toward the fee.

4. If Wilson fails to comply with this Order, this case may be dismissed without further notice for failure to prosecute.

**GEORGE WYLESOL**
**CLERK OF COURT**

**By:** *s/ Brian Weissman*

**Deputy Clerk**