Friday September 8th, 2023

Dear Sir or Madam:

My name is Karen Marie Wilson legally known as Christopher Glenn. I am writing this letter regarding a prisoner civil rights complaint I filed along with several motions with this Court around 8-18-2023.

Enclosed you will find a copy of my account statement from the previous six months because I am unsure if the court received the other one I sent in relation to my 1915 motion to proceed in forma pauperis.

Also will you please send me a print out of the docket sheet for this matter so that I may have the case number. It should be captioned Karen Marie Wilson vs George Little et. al.

Thank you for your time, concern, and assistance in this matter and I look forward to hearing back from you soon. Thanks again and have a great day!

Sincerely,
Karen Marie Wilson
Karen Marie Wilson
legally known as
Christopher Glenn
plaintiff



Smart Communications/PADOC
SCI-
Name
Number
PO Box 33028
St Petersburg FL 33733

Christopher Glenn QN9034
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pennsylvania
19426

Legal Mail —

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

RECEIVED
SEP 14 2023
BY: _____

United States Courthouse
Eastern District of Pennsylvania
Attn: Court Clerk
Independence Mall West
601 Market Street
Philadelphia, Pennsylvania
19106-1797