KAREN MARIE WILSON
 ON-9034
SCI PHOENIX
 1200 MOKYCHIC DRIVE
 COLLEGEVILLE, PA. 19426

--------------------------------------------------------------------------------

EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF
**CLERK, UNITED STATES DISTRICT COURT**
PHILADELPHIA, PA  19106-9865

OFFICIAL BUSINESS





- Not Deliverable As Addressed Unable To Forward
- Insufficient Address
- Moved, Left No Address
- Unclaimed ☑ Refused
- Attempted Not Known
- No Such Street ☐ Number
- Vacant ☐ Illegible
- No Mail Receptacle
- Box Closed-No Order
- Returned For Better Address
- Postage Due _____



U.S.M.S. X-RAY

RECEIVED OCT 26 2023



REFUSED: Go to WWW.COR.PA.GOV

TO: