IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN MARIE WILSON,** | : | |
| a/k/a **CHRISTOPHER GLENN,** | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3294 |
| | : | |
| **GEORGE LITTLE,** *et al.*, | : | |
|    Defendants. | : | |

**ORDER**

AND NOW, this 7th day of November, 2023, upon consideration of Karen Marie Wilson's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 14) and Prisoner Trust Fund Account Statement (ECF No. 15), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915. Accordingly, this case is subject to screening pursuant to 28 U.S.C. § 1915(e)(2)(B), and the Complaint (ECF No. 2) will be screened in due course.

2. Karen Marie Wilson, #QN-9034, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Wilson's inmate account; or (b) the average monthly balance in Wilson's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Wilson's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Wilson's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4. The Complaint is **DEEMED** filed.

5. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time, as the Complaint is still subject to the Court's screening pursuant to 28 U.S.C. § 1915(e)(2)(B).

6. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court after screening is complete, in the event this case, or any portion thereof, is not dismissed at the screening stage.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge

**KELLEY BRISBON HODGE, J.**