IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER GLENN, | : | |
| a/k/a KAREN MARIE WILSON, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. 23-CV-3294 |
| | : | |
| v. | : | |
| | : | |
| MRS. LUNDY, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

AND NOW, this 11th day of June, 2024, upon consideration of the Commonwealth Defendants' Motion to Dismiss (ECF No. 30), Plaintiff Christopher Glenn a/k/a Karen Marie Wilson's "Motion in Response" thereto (ECF No. 33), Defendants' Reply (ECF No. 36), and Plaintiff's Sur Reply (ECF No. 39), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to recharacterize Wilson's "Motion in Response" as a Response to the Commonwealth Defendants' Motion and terminate ECF No. 33 as a motion.

2. The Commonwealth Defendants' Motion to Dismiss (ECF No. 30) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

3. Defendants Mrs. Lundy (DeAndra Lundy) and Mr. Curley (Patrick Curley) shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

                                              **BY THE COURT:**

                                              /s/ Hon. Kelley B. Hodge

                                              **KELLEY BRISBON HODGE, J.**